Robert Whitmore, Trustee
3600 Lime Street, Suite 616
Riverside, CA 92501
Phone: 951-276-9292

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
## DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| HOOVER, RYAN NICHOLAS | § | Case No. 6:24-bk-10475-SY |
| HOOVER, MARINA FLORES | § | |
| | § | |
| Debtor(s) | § | |

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

ROBERT S. WHITMORE, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $         (see **Exhibit 1**), minus funds paid to the debtor and third parties of $     (see **Exhibit 2**), yielded net receipts of $        from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (5/1/2011) *(Page: 1)*

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

4) This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____    By:/s/ROBERT S. WHITMORE, TRUSTEE _____
Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | $ |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | $ |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Freedom Mortgage Corporation Attn: Bankruptcy 907 Pleasant Valley Ave, Ste 3 Mt Laurel, NJ 08054 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | New American Funding Attn: Bankruptcy 14511 Myford Rd, Ste 100 Tustin, CA 92780 | | | | | |
| | Santander Consumer USA, Inc Attn: Bankruptcy Po Box 961245 Fort Worth, TX 76161 | | | | | |
| | Toyota Financial Services Attn: Bankruptcy Po Box 259001 Plano, TX 75025 | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TRUSTEE COMPENSATION:ROBERT S. WHITMORE | | | | | |
| TRUSTEE EXPENSES:ROBERT S. WHITMORE | | | | | |
| INTERNATIONAL SURETIES, LTD | | | | | |
| Axos Bank | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

UST Form 101-7-TDR (5/1/2011) *(Page: 4)*

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Citizens One Attn: Bankruptcy One Citizens Plaza Providence, RI 02903 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Goldman Sachs Bank USA Attn: Bankruptcy Po Box 70379 Philadelphia, PA 19176 | | | | | |
| | GoodLeap Llc. Attn: Bankruptcy 8781 Sierra College Blvd Roseville, CA 95661 | | | | | |
| | Target c/o Financial & Retail Srvs Mailstop BT POB 9475 Minneapolis, MN 55440 | | | | | |
| | USAA Federal Savings Bank Attn: Bankruptcy 9800 Fredricksburg Rd San Antonio, TX 78288 | | | | | |
| | USAA Federal Savings Bank Attn: Bankruptcy 9800 Fredricksburg Rd San Antonio, TX 78288 | | | | | |
| 000003 | U.S. SMALL BUSINESS ADMINISTRATION | | | | | |
| 000004 | AMERICAN EXPRESS NATIONAL BANK | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000005 | AMERICAN EXPRESS NATIONAL BANK | | | | | |
| 000007 | AMERICAN EXPRESS NATIONAL BANK | | | | | |
| 000002 | DISCOVER BANK | | | | | |
| 000013 | JEFFERSON CAPITAL SYSTEMS, LLC | | | | | |
| 000011 | JPMORGAN CHASE BANK, N.A. | | | | | |
| 000009 | PORTFOLIO RECOVERY ASSOCIATES, LLC | | | | | |
| 000010 | PORTFOLIO RECOVERY ASSOCIATES, LLC | | | | | |
| 000012 | QUANTUM3 GROUP LLC AS AGENT FOR | | | | | |
| 000001 | UPSTART NETWORK, INC | | | | | |
| 000006 | WELLS FARGO BANK, N.A. | | | | | |
| 000008 | WELLS FARGO BANK, N.A. | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

| Case No: | 24-10475   SY   Judge: SCOTT H. YUN | Trustee Name: | ROBERT S. WHITMORE, TRUSTEE |
|---|---|---|---|
| Case Name: | HOOVER, RYAN NICHOLAS | Date Filed (f) or Converted (c): | 01/31/24 (f) |
| | HOOVER, MARINA FLORES | 341(a) Meeting Date: | 03/05/24 |
| For Period Ending: | 08/14/25 | Claims Bar Date: | 09/30/24 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 14893 MAGELLAN DRIVE, MORENO VALLEY CA 92553   DEBTOR IS CO-SIGNER | 525,178.00 | 0.00 | OA | 0.00 | FA |
| 2. 15978 WEDOW DR, MORENO VALLEY CA 92551   LOAN IS UNDER DEBTOR BUT DEBTOR'S MOTHER AND BOYFRIEND MAKE PAYMENTS | 0.00 | 10,000.00 | | 10,000.00 | FA |
| 3. 2023 TOYOTA COROLLA HATCHBACK SE | 21,000.00 | 0.00 | OA | 0.00 | FA |
| 4. 2016 TOYOTA 4RUNNER | 21,000.00 | 0.00 | OA | 0.00 | FA |
| 5. 2010 SCION TC (NON OPERATING) | 500.00 | 0.00 | | 0.00 | FA |
| 6. HOME FURNISHINGS | 5,700.00 | 0.00 | | 0.00 | FA |
| 7. ELECTRONICS | 4,400.00 | 0.00 | | 0.00 | FA |
| 8. CLOTHING | 1,800.00 | 0.00 | | 0.00 | FA |
| 9. JEWELRY | 1,700.00 | 0.00 | | 0.00 | FA |
| 10. CHECKING - USAA | 61.23 | 0.00 | | 0.00 | FA |
| 11. CHECKING - WELLS FARGO | 116.43 | 0.00 | | 0.00 | FA |
| 12. SAVINGS - WELLS FARGO | 1,373.15 | 0.00 | | 0.00 | FA |
| 13. CHECKING - USAA- SON'S | 1.47 | 0.00 | | 0.00 | FA |
| 14. SAVINGS - AMERICAN EXPRESS | 0.35 | 0.00 | | 0.00 | FA |
| TOTALS (Excluding Unknown Values) | $582,830.63 | $10,000.00 | | $10,000.00 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

PERIOD ENDING 12/31/24

LFORM1    Ver: 22.07n

UST Form 101-7-TDR (5/1/2011)  *(Page: 8)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2

Exhibit 8

| | | | |
|---|---|---|---|
| Case No: | 24-10475    SY    Judge: SCOTT H. YUN | Trustee Name: | ROBERT S. WHITMORE, TRUSTEE |
| Case Name: | HOOVER, RYAN NICHOLAS | Date Filed (f) or Converted (c): | 01/31/24 (f) |
| | HOOVER, MARINA FLORES | 341(a) Meeting Date: | 03/05/24 |
| | | Claims Bar Date: | 09/30/24 |

ORDER ENTERED 10-09-24 AUTHORIZING EMPLOYMENT OF SUMMER SHAW AS ATTORNEY FOR TRUSTEE;

CLAIMS REVIEW COMPLETED; NO OBJECTIONS TO CLAIMS NECESSARY;

SETTLEMENT REACHED WITH DEBTOR

MOTION TO APPROVE COMPROMISE FILED 1/15/25

ACCOUNTANT TO REVIEW CASE FOR TAX LIABILITY ONCE ADMINISTRATION COMPLETED


INVESTIGATE DEBTOR'S INTEREST IN REAL PROPERTY WITH MOTHER;

EMPLOYING ATTORNEY TO ASSIST WITH RECOVERY OF DEBTOR'S INTEREST IN REAL PROPERTY;

ORDER ENTERED 10-09-24 AUTHORIZING EMPLOYMENT OF SUMMER SHAW AS ATTORNEY FOR TRUSTEE;

CLAIMS REVIEW COMPLETED; NO OBJECTIONS TO CLAIMS NECESSARY;

SETTLEMENT REACHED WITH DEBTOR

PREPARING MOTION TO APPROVE COMPROMISE


Initial Projected Date of Final Report (TFR): 12/31/26        Current Projected Date of Final Report (TFR): 12/31/26

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 24-10475 -SY | | Trustee Name: | ROBERT S. WHITMORE, TRUSTEE |
|---|---|---|---|---|
| Case Name: | HOOVER, RYAN NICHOLAS | | Bank Name: | Axos Bank |
| | HOOVER, MARINA FLORES | | Account Number / CD #: | *******1863  Checking Account |
| Taxpayer ID No: | *******0048 | | | |
| For Period Ending: | 08/14/25 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 11/14/24 | 2 | MARINA FLORES | SETTLEMENT FUNDS | 1149-000 | 10,000.00 | | 10,000.00 |
| 01/02/25 | | Axos Bank | BANK SERVICE FEE | 2600-000 | | 11.04 | 9,988.96 |
| 02/03/25 | 030001 | INTERNATIONAL SURETIES, LTD  701 POYDRAS STREET  SUITE #420  NEW ORLEANS, LA 70139 | TRUSTEE'S BLANKET BOND PYMT  BOND #612419605  01/04/25 TO 01/04/26 | 2300-000 | | 28.28 | 9,960.68 |
| 02/03/25 | | Axos Bank | BANK SERVICE FEE | 2600-000 | | 11.03 | 9,949.65 |
| 05/28/25 | 030002 | ROBERT S. WHITMORE  3600 LIME STREET  SUITE 616  RIVERSIDE, CA 92501 | Chapter 7 Compensation/Fees | 2100-000 | | 1,750.00 | 8,199.65 |
| 05/28/25 | 030003 | ROBERT S. WHITMORE  3600 LIME STREET  SUITE 616  RIVERSIDE, CA 92501 | Chapter 7 Expenses | 2200-000 | | 157.92 | 8,041.73 |
| 05/28/25 | 030004 | UPSTART NETWORK, INC  PO BOX 1931  BURLINGAME, CA 94011 | Claim 000001, Payment 9.43464%  ACCT #6699 | 7100-900 | | 1,044.35 | 6,997.38 |
| 05/28/25 | 030005 | DISCOVER BANK  P.O. BOX 3025  NEW ALBANY, OH 43054-3025 | Claim 000002, Payment 9.43464%  ACCT #7508 | 7100-900 | | 681.76 | 6,315.62 |
| 05/28/25 | 030006 | U.S. SMALL BUSINESS ADMINISTRATION  14925 KINGSPORT ROAD  FORT WORTH, TX 76155 | Claim 000003, Payment 9.43468%  ACCT #8007 | 7100-000 | | 1,117.13 | 5,198.49 |
| 05/28/25 | 030007 | AMERICAN EXPRESS NATIONAL BANK  C/O BECKET AND LEE LLP  PO BOX 3001  MALVERN PA 19355-0701 | Claim 000004, Payment 9.43473%  ACCT #1008 | 7100-900 | | 589.71 | 4,608.78 |
| 05/28/25 | 030008 | AMERICAN EXPRESS NATIONAL BANK | Claim 000005, Payment 9.43475% | 7100-900 | | 282.40 | 4,326.38 |

Page Subtotals      10,000.00      5,673.62

Ver: 22.07n

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 24-10475 -SY | | Trustee Name: | ROBERT S. WHITMORE, TRUSTEE |
|---|---|---|---|---|
| Case Name: | HOOVER, RYAN NICHOLAS | | Bank Name: | Axos Bank |
| | HOOVER, MARINA FLORES | | Account Number / CD #: | *******1863  Checking Account |
| Taxpayer ID No: | *******0048 | | | |
| For Period Ending: | 08/14/25 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | C/O BECKET AND LEE LLP<br>PO BOX 3001<br>MALVERN PA 19355-0701 | ACCT #1008 | | | | |
| 05/28/25 | 030009 | WELLS FARGO BANK, N.A.<br>P.O. BOX 9210<br>DES MOINES, IA 50306 | Claim 000006, Payment 9.43442%<br>ACCT #6554 | 7100-900 | | 204.61 | 4,121.77 |
| 05/28/25 | 030010 | AMERICAN EXPRESS NATIONAL BANK<br>C/O BECKET AND LEE LLP<br>PO BOX 3001<br>MALVERN PA 19355-0701 | Claim 000007, Payment 9.43423%<br>ACCT #1009 | 7100-900 | | 111.39 | 4,010.38 |
| * 05/28/25 | 030011 | WELLS FARGO BANK, N.A.<br>P.O. BOX 9210<br>DES MOINES, IA 50306 | Claim 000008, Payment 9.43469%<br>ACCT #1995 | 7100-900 | | 1,004.03 | 3,006.35 |
| 05/28/25 | 030012 | PORTFOLIO RECOVERY ASSOCIATES, LLC<br>C/O WALMART<br>POB 12914<br>NORFOLK, VA 23541 | Claim 000009, Payment 9.43458%<br>ACCT #9071 | 7100-900 | | 361.92 | 2,644.43 |
| 05/28/25 | 030013 | PORTFOLIO RECOVERY ASSOCIATES, LLC<br>C/O THE HOME DEPOT<br>POB 12914<br>NORFOLK, VA 23541 | Claim 000010, Payment 9.43463%<br>ACCT #6334 | 7100-900 | | 566.31 | 2,078.12 |
| 05/28/25 | 030014 | JPMORGAN CHASE BANK, N.A.<br>P.O. BOX 15368<br>WILMINGTON, DE 19850 | Claim 000011, Payment 9.43462%<br>ACCT #6227 | 7100-900 | | 772.82 | 1,305.30 |
| 05/28/25 | 030015 | QUANTUM3 GROUP LLC AS AGENT FOR<br>VELOCITY INVESTMENTS LLC<br>PO BOX 2489<br>KIRKLAND, WA 98083-2489 | Claim 000012, Payment 9.43467%<br>ACCT #6185 | 7100-900 | | 975.15 | 330.15 |
| 05/28/25 | 030016 | JEFFERSON CAPITAL SYSTEMS, LLC<br>P.O. BOX 772813 | Claim 000013, Payment 9.43482%<br>ACCT #4762 | 7100-900 | | 330.15 | 0.00 |
| | | | Page Subtotals | | 0.00 | 4,326.38 | |

Ver: 22.07n

LFORM24

UST Form 101-7-TDR (5/1/2011) (Page: 11)

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 24-10475 -SY | Trustee Name: | ROBERT S. WHITMORE, TRUSTEE |
|---|---|---|---|
| Case Name: | HOOVER, RYAN NICHOLAS | Bank Name: | Axos Bank |
| | HOOVER, MARINA FLORES | Account Number / CD #: | *******1863  Checking Account |
| Taxpayer ID No: | *******0048 | | |
| For Period Ending: | 08/14/25 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| * 07/07/25 | 030011 | WELLS FARGO BANK, N.A.<br>P.O. BOX 9210<br>DES MOINES, IA 50306<br>CHICAGO, IL 60677-2813 | Claim 000008, Payment 9.43469%<br>RETURNED - REISSUE | 7100-900 | | -1,004.03 | 1,004.03 |
| 07/07/25 | 030017 | WELLS FARGO BANK, N.A.<br>P.O. BOX 9210<br>DES MOINES, IA 50306 | Claim #8, payment 9.43469 %<br>ACCT #1995<br>(Reissue ck #30011) | 7100-900 | | 1,004.03 | 0.00 |

|  | COLUMN TOTALS | 10,000.00 | 10,000.00 | 0.00 |
|---|---|---|---|---|
| | Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| | Subtotal | 10,000.00 | 10,000.00 | |
| | Less: Payments to Debtors | | 0.00 | |
| | Net | 10,000.00 | 10,000.00 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account - ********1863 | 10,000.00 | 10,000.00 | 0.00 |
| | ----------------------- | ----------------------- | ----------------------- |
| | 10,000.00 | 10,000.00 | 0.00 |
| | ============= | ============= | ============= |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals        0.00        0.00

Ver: 22.07n

LFORM24

UST Form 101-7-TDR (5/1/2011) (Page: 12)